UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIO MORENO GARDUNO, | CASE NO. 2:26-cv-01761-JHC |
| Petitioner, | ORDER |
| v. | |
| ICE FIELD OFFICE DIRECTOR, | |
| Respondent. | |

This matter comes before the Court sua sponte.

Petitioner Julio Moreno Garduno's Petition for Writ of Habeas Corpus (Dkt. # 1) lists only "ICE Field Office Director" as the respondent. *See* Dkt. # 1 at 1. But "habeas petitioners challenging their present physical confinement [must] name their immediate custodian, the warden of the facility where they are detained, as the respondent to their petition." *Doe v. Garland*, 109 F.4th 1188, 1197 (9th Cir. 2024); *see also Rumsfeld v. Padilla*, 542 U.S. 426, 439 (2004); *Rivera-Trigueros v. Becerra*, 720 F. Supp. 3d 808, 811–813 (N.D. Cal. 2024); *cf. Sarr v. Scott*, 765 F. Supp. 3d 1095 (W.D. Wash. 2025) (moving to substitute "Bruce Scott" the warden of Northwest Immigration Processing Center (NWIPC) as Respondent). And if a petitioner fails to do so, the district court lacks jurisdiction over the petition. *See Doe*, 109 F.4th at 1197.

ORDER - 1

Accordingly, for this matter to proceed, Petitioner must name his current custodian—the Warden of the Northwest ICE Processing Center—as a respondent.

The Court thus ORDERS Petitioner to show cause why his current petition should not be dismissed without prejudice for failing to name the proper respondent(s); in the alternative, the Court GRANTS Petitioner leave to amend his petition in name and serve the proper respondent(s). The Court provides Petitioner until **June 12, 2026** to respond (though Petitioner may respond sooner). If no response is received by such date, the Court will dismiss the petition without prejudice.

Additionally, as this matter cannot proceed until this jurisdictional issue is resolved, the Court STAYS the deadlines in its scheduling order at Dkt. # 3. If Petitioner cures the jurisdictional issue, Respondents shall then have 14 days to file a return, and Petitioner shall then have 14 days to file a reply.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 22nd day of May, 2026.

John H. Chun
United States District Judge

ORDER - 2