UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIO JOSUE MORENO GARDUNO, | CASE NO. 2:26-cv-01761-JHC |
| Petitioner, | ORDER |
| v. | |
| BRUCE SCOTT ET AL., | |
| Respondents. | |

This matter comes before the Court sua sponte. On June 3, 2026, and June 4, 2026, Respondents filed a Notice of Intent to Remove (Dkt. # 7) and Notice of Imminent Removal (Dkt. # 8), respectively. Two weeks have now passed, and Respondents have not filed a response to the petition (Dkt. # 1) nor any update concerning Petitioner's removal. *See generally* Dkt. The Court thus ORDERS Respondents to provide proof of Petitioner's removal or alternatively, to respond to the petition (Dkt. # 1) by June 24, 2026.

Dated this 17th day of June, 2026.

John H. Chun
United States District Judge

ORDER - 1