UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIO MORENO GARDUNO, | CASE NO. 2:26-cv-01761-JHC |
| Petitioner, | ORDER |
| v. | |
| BRUCE SCOTT, | |
| Respondent. | |

This matter comes before the Court on Petitioner Julio Moreno Garduno's Petition for Writ of Habeas Corpus (Dkt. # 1). Per the filing at Dkt. # 10, it appears Petitioner was removed to Mexico on June 20, 2026, thereby mooting the petition. Petitioner has not filed a reply, nor any other documents after June 1, 2026. *See generally* Dkt. Accordingly, the Court DENIES the petition, without prejudice, as moot.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 24th day of June, 2026.

John H. Chun
United States District Judge

ORDER - 1